```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    ELLEN V. ENDRIZZI
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone (916) 554-2700
 5
 6
 7                  UNITED STATES DISTRICT COURT
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  In Re: Application For An Order    )   SW-05-0108 GGH
    Authorizing The Installation And   )
11  Use Of A Pen Register Device, Trap )   MOTION TO UNSEAL
    And Trace Device, Dialed Number    )   AND ORDER
12  Interceptor, Number Search Device, )
    And Caller Identification Service, )
13  And The Disclosure Of Billing,     )
    Subscriber, And Air Time Information)
14                                     )
    _____)
15
16       The documents filed in the above-referenced case were ordered
17  sealed by this Court until further order.  Those documents related
18  to an investigation that resulted in a first superseding indictment
19  that was returned on July 21, 2005 in case number Cr. S. 05-290 WBS.
20       The United States hereby requests that the above-referenced
21  file be unsealed so that its contents may be revealed in discovery
22  in Case No. CR. S. 05-290 WBS.
23  Dated: August 10, 2005              Respectfully submitted,
24
                                        McGREGOR W. SCOTT
25                                      United States Attorney
26
                                  By:   /s/ Phillip A. Ferrari
27                                      PHILIP A. FERRARI
                                        Assistant U.S. Attorney
28

                                 1
```

1  Upon application of the United States of America and good cause
2 having been shown,
3  IT IS HEREBY ORDERED that the United States' Motion To Unseal
4 the documents filed in this case is GRANTED.
5
6 DATED: 8/15/05
                                   /s/ Gregory G. Hollows
7                                   _____
                                    HON. GREGORY G. HOLLOWS
8                                   United States Magistrate Judge
9 05-108.ord